U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 1 4 2025
CLERK, U.S. DISTRICT COURT
By_____ Deputy

Northern District of Texas
Amarillo Division
Judge Matthew J. Kacsmaryk
205. S.E. 5th Avenue, Room 123
Box F-13248
Amarillo, Texas. 79101-1559

Juan Antonio Baca
#23541-509
FCI Safford
P.O. Box 9000
Safford, AZ. 85548

2:25-CV-015

Date 1-2-25
Case #: 2:20-CR-123-Z-BR(1)
RE: Back Time & Sentence Ran Concurrently

Dear Judge Matthew J. Kacsmaryk

Sir, First of all I would like to say Happy New Year and I hope & pray you had a very Blessed Holiday with Friends & Family. My Name is Juan Antonio Baca #23541-509 I am currently incarcerated at the FCI in Safford AZ. I was sentenced by you on September 22, 2021 for Convicted Felon in Possession of a Firearm.

I am writing to you today Sir because I am not receiving any of my backtime. I was arrested on 12-11-2020 for Felon in Possession of a Firearm. I went to Potter County Jail. I was also on Parole. (Three Years TDCJ). On 12-17-2020 the Federal Government picked up my gun charge and I went to Randell County a Federal Holding Facility. While there I saw my parole officer and she informed me that she would continue my parole until the outcome of my Federal Gun Charge. On Sept. 22, 2021 I was sentenced to 69 months in Federal Prison in your court room. Case # 2:20-CV-00123-Z-BR-(1). I then was sent back to Potter County TX and had a Parole Revocation Hearing and I was sent to TDCJ (middleton unit) (Case # 48,664-B) to finish my 18 year sentence for the state. I made parole on or around 4-1-2022 and the Federal Government picked me up from Middleton unit TDCJ and I was taken to Haskel TX a Federal Holding Facility. I stayed there about three weeks,

then I was taken by Plane (Federal) to Simarrom, OKC. another Federal Holding Facility, for another three to four weeks. I was then taken by Plane (Federal) to Florance Colorado FCI on 6-30-2022.

    Sir According to my time sheet my time has started when I reached Florance Colorado on 6-30-2022. I have not received any back time whatsoever. I am writing you today to ask for the time I spent in Federal Holding Facilities. Please. (The time I did in Randall County. TX Haskel TX and Simarrom Oklohoma.)

    Sir I am also writing you to respectfully ask if I could please receive all my back time from the time I was indicted on Dec. 17, 2020. until the present day. So I am asking that my sentence be ran concerantly with my State charge Case # 48,664-B. Because Sir I have never gotten out prison since the 11th of Dec 2020.

    Sir I will respect any decision you make in this matter. and I will await patiently your response.

    Thank you Sir for your time in reading this for I know you are a very busy man.

Sincerly Yours

Juan A. Baca
#23541-509
Juan Antonio Baca
FCI Safford
P.O. Box 9000
Safford, AZ. 85548

| TO: (Name and Title of Employee) | DATE: |
|---|---|
| R&D  Mr Nabor | 12-12-24 |
| FROM: Juan Antonio Baca | REGISTER NO.: 23541-509 |
| WORK ASSIGNMENT: Food Service Production #1 | UNIT: Ocotillo C-21 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Dear Mr. Nabor I was locked up for a gun charge 922(g) and 924(a)(2) on 12-11-20 in Potter County. Then the Feds picked it up on or around 12-16-20 and I went to Randell County TX a Federal holding facility. I was still on state parole for three years and my parole officer said she would continue my parole til the out come of my Fed case. In October of (2020) I received 69 months Fed 2:20-CV-00123-Z-BR-1 then I went back to Potter County TX and had a parole revocation Hearing and then went to the State (TDCJ) case #48,664-B to finish an 18 year sentence. I finally made parole around 5-1-22 then I went to Haskel a Fed Holding facility for two weeks and then went to Semarron Oklahoma another Fed holding Facility for three weeks. So why does my time start on 6-30-22 when I got to Florance Colorado (FCI)? Also I did 10 months fighting my case in Federal Holding Facility Randall County. Why did I not get that time too? Thank you. Respectfully Juan A. Baca

(Do not write below this line)

DISPOSITION:

You are correct, the Federal Bureau of Prisons set a term of 69 months as to count one of the indictment filed on December 17, 2020. It's stated in your Judgement and Commitment that this sentence shall run consecutively to any future parole revocation sentence that may be imposed in Case # 48,664-B, pending in Potter County, Texas that is unrelated to the instant case. You were released from parole June 30, 2022 and admitted into Federal custody, thus starting your computation.

| Employee Signature | Date |
|---|---|
| SCSS  J. Nabor | 12-25-24 |

Record Copy - File; Copy - Inmate

PDF                Prescribed by P5511

Juan Antonio Baca #23541-509
Federal Correctional Institute
P.O. Box 9000
Safford, AZ. 85548



PHOENIX AZ 852
7 JAN 2025 PM 8 L

Judge Matthew J. Kacsmaryk
Northern District of Texas
Amarillo Division
205 SE 5th Avenue, Room 103
Box F-13248

Amarillo, Texas 79101-5559

RECEIVED
JAN 14 2025
CHAMBERS OF
JUDGE MATTHEW J. KACSMARYK